IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

NIRVA BOURSIQUOT,

    Plaintiff,                                      Case No.: 1:21-CV-21346T-KMW

v.

JCK LEGACY SHARED SERVICES, INC.,
*formerly doing business as* MCCLATCHY
SHARED SERVICES, INC.,

    Defendant.
_____/

**DEFENDANT'S REQUEST FOR JUDICIAL NOTICE OF
FILING IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS,
OR IN THE ALTERNATIVE, MOTION TO TRANSFER VENUE**

Pursuant to Rule 201 of the Federal Rules of Evidence, Defendant JCK Legacy Shared Services, Inc., fka McClatchy Shard Services, Inc., requests that in considering its pending motion to dismiss, or alternatively, motion to transfer venue (the "Motion") [D.E. 16], the Court take judicial notice of Proof of Claim No. 2729 filed by Plaintiff Nirva Boursiquot with the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Rule 201(b) of the Federal Rules of Evidence authorizes a court to take judicial notice of undisputed facts that are capable of accurate and ready determination "whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b). At the Rule 12(b)(6) stage, "a district court may take judicial notice of certain facts without converting a motion to dismiss into a motion for summary judgment." *Horne v. Potter*, 392 Fed.Appx. 800, 802 (11th Cir. Aug. 16, 2010) (citation omitted).

The Court should take judicial notice that on June 6, 2022, Plaintiff filed Proof of Claim No. 2729 and thus has subjected herself to the jurisdiction of the Bankruptcy Court for resolution of her claims against Defendant.

## CONCLUSION

For the foregoing reasons, Defendant requests that the Court take judicial notice of Proof of Claim No. 2729 attached as <u>Exhibit A</u> in considering the Motion.

Respectfully submitted,

<u>/s/ Jennifer G. Altman</u>
Jennifer G. Altman, Esq.
Florida Bar No. 881384
Pillsbury Winthrop Shaw Pittman LLP
600 Brickell Avenue, Suite 3100
Miami, FL 33131
Telephone:   786-913-4900
Facsimile:   786-931-4901
Email: jennifer.altman@pillsburylaw.com

*Counsel to William A. Brandt Jr., solely in his capacity as the trustee of the JCK Legacy GUC Recovery Trust*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 10, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel or parties of record.

<u>/s/ Jennifer G. Altman</u>
Jennifer G. Altman, Esq.