## **Exhibit A**

Proof of Claim No. 2729

Claim #2729  Date Filed: 6/6/2022

**Fill in this information to identify the case:**

Debtor: The McClatchy Company

United States Bankruptcy Court for the: Southern District of New York (State)

Case number: 20-10418

Official Form 410
# Proof of Claim
04/19

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies or any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy** (Form 309) **that you received.**

## Part 1: Identify the Claim

**1. Who is the current creditor?**
Nirva Boursiquot
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor: ____

**2. Has this claim been acquired from someone else?**
☑ No
☐ Yes. From whom? ____

**3. Where should notices and payments to the creditor be sent?**
Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?
Nirva Boursiquot
244 Biscayne Blvd #2606
Miami, FL 33132, USA

Contact phone: ____
Contact email: nirvaboursiquot@gmail.com

Where should payments to the creditor be sent? (if different)
Nirva Boursiquot
150 SE 2nd Avenue, Ste 300
Miami, FL 33131, USA

Contact phone: ____
Contact email: ____

Uniform claim identifier for electronic payments in chapter 13 (if you use one):
__ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __

**4. Does this claim amend one already filed?**
☑ No
☐ Yes. Claim number on court claims registry (if known) ____   Filed on __ / __ / ____ (MM/DD/YYYY)

**5. Do you know if anyone else has filed a proof of claim for this claim?**
☑ No
☐ Yes. Who made the earlier filing? ____

Official Form 410                Proof of Claim

2010418220606000000000001

| Part 2: | Give Information About the Claim as of the Date the Case Was Filed |
|---|---|

6. **Do you have any number you use to identify the debtor?**
   ☐ No
   ☒ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: __0478__ ___ ___

7. **How much is the claim?** $ __1100000_____. **Does this amount include interest or other charges?**
   ☒ No
   ☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

8. **What is the basis of the claim?**
   Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.
   Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).
   Limit disclosing information that is entitled to privacy, such as health care information.

   __Employment Discrimination_____

9. **Is all or part of the claim secured?**
   ☒ No
   ☐ Yes. The claim is secured by a lien on property.

   **Nature or property:**
   ☐ Real estate: If the claim is secured by the debtor's principle residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.
   ☐ Motor vehicle
   ☐ Other. Describe: _____

   **Basis for perfection:** _____
   Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

   **Value of property:**                              $_____
   **Amount of the claim that is secured:**            $_____
   **Amount of the claim that is unsecured:**          $_____ (The sum of the secured and unsecured amount should match the amount in line 7.)

   **Amount necessary to cure any default as of the date of the petition:**   $_____

   **Annual Interest Rate** (when case was filed) _____%
   ☐ Fixed
   ☐ Variable

10. **Is this claim based on a lease?**
    ☒ No
    ☐ Yes. **Amount necessary to cure any default as of the date of the petition.**   $_____

11. **Is this claim subject to a right of setoff?**
    ☒ No
    ☐ Yes. Identify the property: _____

Official Form 410                                         **Proof of Claim**

2010418220606000000000001

| 12. | **Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?** | ☐ No | | |
|---|---|---|---|---|
| | A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☑ **Yes.** *Check all that apply:* | | **Amount entitled to priority** |
| | | ☐ | Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| | | ☐ | Up to $3,025* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| | | ☑ | Wages, salaries, or commissions (up to $13,650*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $ 150,499.24 |
| | | ☐ | Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
| | | ☐ | Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
| | | ☐ | Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies. | $_____ |
| | | * Amounts are subject to adjustment on 4/01/22 and every 3 years after that for cases begun on or after the date of adjustment. | | |

| 13. | **Is all or part of the claim pursuant to 11 U.S.C. § 503(b)(9)?** | ☑ No |
|---|---|---|
| | | ☐ Yes. Indicate the amount of your claim arising from the value of any goods received by the debtor within 20 days before the date of commencement of the above case, in which the goods have been sold to the Debtor in the ordinary course of such Debtor's business. Attach documentation supporting such claim. |
| | | $_____ |

## Part 3: Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

☑ I am the creditor.

☐ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgement that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  06/06/2022
                  MM / DD / YYYY

/s/Nirva Boursiquot
Signature

**Print the name of the person who is completing and signing this claim:**

Name  Nirva Boursiquot
      First name    Middle name    Last name

Title  _____

Company  _____
Identify the corporate servicer as the company if the authorized agent is a servicer.

Address  _____

Contact phone  _____    Email  _____

Official Form 410                        **Proof of Claim**

2010418220606000000000001

# KCC ePOC Electronic Claim Filing Summary

For phone assistance: Domestic (877) 634-7166 | International 001-310-823-9000

| | |
|---|---|
| **Debtor:** <br> 20-10418 - The McClatchy Company <br> **District:** <br> Southern District of New York, New York Division | |
| **Creditor:** <br> Nirva Boursiquot <br><br> 244 Biscayne Blvd #2606 <br><br> Miami, FL, 33132 <br> USA <br> **Phone:** <br><br> **Phone 2:** <br><br> **Fax:** <br><br> **Email:** <br> nirvaboursiquot@gmail.com | **Has Supporting Documentation:** <br> Yes, supporting documentation successfully uploaded <br> **Related Document Statement:** <br><br> **Has Related Claim:** <br> No <br> **Related Claim Filed By:** <br><br> **Filing Party:** <br> Creditor |
| **Disbursement/Notice Parties:** <br> Nirva Boursiquot <br><br> 150 SE 2nd Avenue, Ste 300 <br><br> Miami, FL, 33131 <br> USA <br> **Phone:** <br><br> **Phone 2:** <br><br> **Fax:** <br><br> **E-mail:** <br><br> **DISBURSEMENT ADDRESS** | |
| **Other Names Used with Debtor:** | **Amends Claim:** <br> No <br> **Acquired Claim:** <br> No |
| **Basis of Claim:** <br> Employment Discrimination | **Last 4 Digits:** <br> Yes - 0478 | **Uniform Claim Identifier:** |

| | |
|---|---|
| **Total Amount of Claim:** <br> 1100000 | **Includes Interest or Charges:** <br> No |
| **Has Priority Claim:** <br> Yes | **Priority Under:** <br> 11 U.S.C. §507(a)(4): 150,499.24 |
| **Has Secured Claim:** <br> No | **Nature of Secured Amount:** |
| | **Value of Property:** |
| **Amount of 503(b)(9):** <br> No | **Annual Interest Rate:** |
| **Based on Lease:** <br> No | **Arrearage Amount:** |
| | **Basis for Perfection:** |
| **Subject to Right of Setoff:** <br> No | **Amount Unsecured:** |
| **Submitted By:** <br> Nirva Boursiquot on 06-Jun-2022 2:04:06 p.m. Eastern Time <br> **Title:** <br> **Company:** | |

VN: 574CEF25A35FC03B48256C1407186A7B

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

NIRVA BOURSIQUOT,

    Plaintiff,

v.

Case No.: 1:21-CV-21346T-KMW

JCK LEGACY SHARED SERVICES, INC.,
*formerly doing business as* MCCLATCHY
SHARED SERVICES, INC.,

    Defendant.

_____/

## **PROPOSED FINAL JUDGEMENT**

Plaintiff Nirva Boursiquot ("Plaintiff" or "Ms. Boursiquot"), commenced this civil action against the Defendant JCK Legacy Shared Services, Inc., *formerly doing business as* McClatchy Shared Services, Inc. ("Defendant" or "JCK") On April 7, 2021, asserting claims of harassment, discrimination and retaliation, in violation of 42 U.S.C. § 1981 ("1981"), and the Florida Civil Rights Act of 1992, §760.01, *et seq.*, Florida Statutes ("FCRA") [DE 1].

Plaintiff served the herein summons and Complaint upon the Defendant JCK on April 26, 2021, and despite service, the Defendant failed to answer or otherwise defend in this action, and the Clerk entered default against them on June 15, 2021 [DE 7].

The court may enter default judgment when a defendant fails to respond to a complaint and court orders and fails to participate in the litigation or cooperate in good faith with the plaintiff. *Tara Prods., Inc. v. Hollywood Gadgets, Inc.*, 449 F. App'x 908, 910–12 (11th Cir. 2011); *Eagle Hosp. Physicians, LLC v. SRG Consulting, Inc.*, 561 F.3d 1298, 1307 (11th Cir. 2009); *Buchanan v. Bowman*, 820 F.2d 359, 361 (11th Cir. 1987).

Pursuant to Fed. R. Civ. P. 55(b)(2), upon application by Plaintiff, the Court now enters a

default judgment against Defendants JCK for violations of 42 U.S.C. § 1981, and the Florida Civil Rights Act of 1992, §760.01, *et seq.*, Florida Statutes.

THIS CAUSE HAVING come to be heard before this Honorable Court upon Plaintiff's Motion for Entry of Default Judgement and Application for Attorney's Fees and Costs, (hereinafter referred to as the "Motion"),it is **ORDERED, ADJUDGED AND DECREED:**

A. Back Pay in the Amount of $149,332.45.

B. Front Pay reflecting a future loss of $171,748.86.

C. Compensatory Damages in the amount to be set by this Court following a hearing, or, in the alternative a fixed sum of $250,000.00

D. Punitive Damages in the amount to be set by this Court following a hearing, or, in the alternative a fixed sum of $500,000.00.

E. Post Judgement interest to accrue.

**IT IS FURTHER ORDERED** that this Court will retain jurisdiction of this matter for purposes of construction, modification, and enforcement of this order.

**IT IS FURTHER ORDERED** that this Order may be served upon the Defendant by Priority mail or United Parcel Service, either by the United States Marshal, the Clerk of Court, or any representative or agent of the Bureau.

**IT IS SO ORDERED**, on _____, 2021.

_____
The Honorable Kathleen M. Williams
United States District Judge