IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

NIRVA BOURSIQUOT,

    Plaintiff,                                          Case No.: 1:21-CV-21346T-KMW

    v.

JCK LEGACY SHARED SERVICES, INC.,
*formerly doing business as* MCCLATCHY
SHARED SERVICES, INC.,

    Defendant.
_____/

**DEFENDANT'S REPLY TO PLAINTIFF'S RESPONSE TO DEFENDANT'S REQUEST FOR JUDICIAL NOTICE OF FILING IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS, OR IN THE ALTERNATIVE, MOTION TO TRANSFER VENUE**

Defendant JCK Legacy Shared Services, Inc., fka McClatchy Shared Services, Inc., files this reply to *Plaintiff Nirva Boursiquot's Response to Defendant's Request for the Court to take Judicial Notice* [Dkt. 35], which merely advises this Court that on June 6, 2022, Plaintiff filed Proof of Claim No. 2729 and thus has subjected herself to the Bankruptcy Court's jurisdiction for resolution of her claims. Plaintiff argues that her "Proof of Claim does not automatically subject Plaintiff to the [Bankruptcy] Court's jurisdiction meriting the transfer of her pending case" [Dkt. 36].

Only a brief reply is warranted. It is axiomatic that "[b]y filing a claim against a bankruptcy estate the creditor triggers the process of 'allowance and disallowance of claims,' thereby subjecting himself to the bankruptcy court's equitable power." *Langenkamp v. Culp*, 498 U.S. 42, 44 (1990) (quoting *Granfinanciera, S.A. v. Nordberg*, 492 U.S. 33, 58-59 (1989)). On June 17, 2022, the GUC Recovery Trustee filed an objection to Proof of Claim No. 2729 in the Bankruptcy Court and a hearing on the objection is scheduled for July 20, 2022. Thus, the merits of Plaintiff's

claim as outlined in her Proof of Claim, which are the same claims filed herein, are matters properly before the Bankruptcy Court.

Respectfully submitted,

*/s/ Jennifer G. Altman*
Jennifer G. Altman, Esq.
Florida Bar No. 881384
Pillsbury Winthrop Shaw Pittman LLP
600 Brickell Avenue, Suite 3100
Miami, FL 33131
Telephone:	786-913-4900
Facsimile:	786-931-4901
Email: jennifer.altman@pillsburylaw.com

*Counsel to William A. Brandt Jr., solely in his capacity as the trustee of the JCK Legacy GUC Recovery Trust*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 22, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel or parties of record.

*/s/ Jennifer G. Altman*
Jennifer G. Altman, Esq.