IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

NIRVA BOURSIQUOT,

    Plaintiff,

v.

Case No.: 1:21-CV-21346T-KMW

JCK LEGACY SHARED SERVICES, INC.,
*formerly doing business as* MCCLATCHY
SHARED SERVICES, INC.,

    Defendant.
_____/

**DEFENDANT'S SECOND REQUEST FOR JUDICIAL NOTICE OF
FILING IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS,
OR IN THE ALTERNATIVE, MOTION TO TRANSFER VENUE**

Pursuant to Rule 201 of the Federal Rules of Evidence, Defendant JCK Legacy Shared Services, Inc., fka McClatchy Shared Services, Inc., requests that in considering its pending motion to dismiss, or alternatively, motion to transfer venue (the "Motion") [D.E. 16], the Court take judicial notice of the memorandum of decision and order issued by the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") concerning Proof of Claim No. 2729 filed by Plaintiff Nirva Boursiquot. A copy of the decision is attached as Exhibit A, and a copy of the order is attached as Exhibit B.

Rule 201(b) of the Federal Rules of Evidence authorizes a court to take judicial notice of undisputed facts that are capable of accurate and ready determination "whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b). At the Rule 12(b)(6) stage, "a district court may take judicial notice of certain facts without converting a motion to dismiss into a motion for summary judgment." *Horne v. Potter*, 392 Fed.Appx. 800, 802 (11th Cir. Aug. 16, 2010) (citation omitted).

## CONCLUSION

For the foregoing reasons, Defendant requests that the Court take judicial notice of the Bankruptcy Court's decision and order in considering the Motion.

Respectfully submitted,

/s/ Jennifer G. Altman
Jennifer G. Altman, Esq.
Florida Bar No. 881384
Pillsbury Winthrop Shaw Pittman LLP
600 Brickell Avenue, Suite 3100
Miami, FL 33131
Telephone:     786-913-4900
Facsimile:     786-931-4901
Email: jennifer.altman@pillsburylaw.com

*Counsel to William A. Brandt Jr., solely in his capacity as the trustee of the JCK Legacy GUC Recovery Trust*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 29, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel or parties of record.

/s/ Jennifer G. Altman
Jennifer G. Altman, Esq.