## **Exhibit B**

Order Disallowing Proof of Claim No. 2729

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
In re:                                              :      Chapter 11
                                                    :
**JCK LEGACY COMPANY,** *et al.*,                   :      Case No. 20-10418 (MEW)
                                                    :
                    Debtors.                        :      (Jointly Administered)
---------------------------------------------------------------x

### ORDER DISALLOWING LATE-FILED PROOF OF CLAIM NUMBER 2729 FILED BY NIRVA BOURSIQUOT

This matter came before the Court upon the objection by William A. Brandt, Jr., the trustee (the "**Trustee**") of the JCK Legacy GUC Recovery Trust (the "**Trust**") that was created under the confirmed plan of reorganization in these cases, to proof of claim number 2729, filed by Nirva Boursiquot on June 6, 2022. Ms. Boursiquot filed a response, and this Court held a hearing on July 20, 2022. For the reasons stated on the record at the hearing and in the Decision entered this same day, it is hereby

**ORDERED**, that the Trustee's objection is sustained; and it is further

**ORDERED**, that proof of claim number 2729, filed by Nirva Boursiquot, shall be disallowed and expunged.

Dated: New York, New York
       July 28, 2022

                                              **/s/ Michael E. Wiles**
                                              Hon. Michael E. Wiles
                                              United States Bankruptcy Judge